IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELISSA GEIST, O/B/O ALESHIA M., a child, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. H-09-01249 |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | § § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum and Order entered on this date, it is ORDERED and ADJUDGED that Defendant's Motion for Summary Judgment (Document No. 13) is GRANTED, Plaintiff's Motion for Summary Judgment (Document No. 11) is DENIED, and the decision of the Commissioner of Social Security is AFFIRMED.

This is a FINAL JUDGMENT.

The Clerk will enter this Judgment and send copies to all parties of record.

Signed at Houston, Texas, this 17th day of June, 2010.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE